Danny J. Horen, Esq.
NV Bar No. 13153
Kazerouni Law Group, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117
Telephone: (800) 400-6808x7
Facsimile: (800) 520-5523
danny@kazlg.com

David H. Krieger, Esq.
NV Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **MARIO J. ASENJO,** | **Case No.:** 2:15-cv-00299-RFB-CWH |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY DEADLINES PURSUANT TO FED. R. CIV. PR. 16(B)(4) AND LOCAL RULE 26-4** |
| **BANK OF AMERICA, N.A., GMAC MORTGAGE, LLC., and EXPERIAN INFORMATION SOLUTIONS, INC.,** | **[FIRST REQUEST]** |
| Defendant. | |

Plaintiff MARIO J. ASENJO ("Plaintiff"), and Defendant BANK OF AMERICA, N.A. ("Bank of America"), hereby submit the following Stipulation to Extend Discovery Deadlines Pursuant to Fed. R. Civ. Pr. 16(b)(4) and Local Rule 26-4. The current deadline is set for September 22, 2015. Plaintiff and Defendant Experian Information Solutions, Inc. ("Experian") have reached settlement, and a notice was filed with this Court. *See* Dkt. No. 26.

Pursuant to Local Rule 26-4 (a-d), the parties state as follows:

A. **Discovery Completed to Date:**

Plaintiff conducted written discovery with Experian. Plaintiff and Bank of America will propound written discovery prior to the current discovery cutoff of September 22, 2015.

B. **Discovery that Remains to be Completed:**

The parties will provide responses to the respective written discovery requests. The parties also intend to conduct depositions during the discovery extension period should Plaintiff and Bank of America not reach resolution.

C. **Reasons for the Request to Extend Discovery Deadlines:**

A 60-day extension of the current discovery deadline is necessary in order for the parties to adequately try this matter. This extension will allow the parties a chance to resolve this matter without further litigation. Plaintiff and Bank of America have been engaged in good faith settlement negotiations over the course of the previous number of months, including after Defendant filed its Motion to

Dismiss. *See* Dkt. No. 20. Briefing on issues surrounding the Motion to Dismiss did not complete until August 10, 2015, leaving little more than one month of the original discovery period remaining. Thus, Plaintiff and Bank of America believe that it is in the interest of judicial economy to allow all pending discovery to be conducted so that the parties may adequately and fully try this matter before the Court should resolution not occur.

The parties are working in conjunction to allow both sides to fully present their arguments to the Court. Extending discovery will allow the parties to coordinate discovery responses and depositions so that the parties may fully present their positions to this Court without any prejudice to either party.

///

///

///

///

///

///

///

///

///

///

///

D. **Proposed Schedule for Completing all Remaining Discovery:**

The current discovery deadline is set for September 22, 2015. The parties propose the following schedule for all remaining discovery deadlines:

1. The close of discovery should be extended to November 23, 2015[1];

2. The dispositive motion deadline should be extended to December 23, 2015;

3. The Joint Pre-Trial Order deadline should be extended to January 22, 2016.

DATED: August 21, 2015

AKERMAN LLP                                 KAZEROUNI LAW GROUP, APC

/s/ Matthew Knepper                        /s/ DANNY J. HOREN
Matthew Knepper, Esq.                      DANNY J. HOREN, ESQ.
1160 Town Center Dr.                       7854 W. Sahara Avenue
Suite 330                                  Las Vegas, NV 89117
Las Vegas, Nevada 89144                    danny@kazlg.com
Matthew.knepper@akerman.com                Attorney for Plaintiff
Attorneys for Bank of America

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: August 24, 2015

---

[1] 60 days from September 22 is November 21, which falls on a Saturday. November 23, 2015 is the next judicial day.